Cause Number: H-13-0235

Style: Williams v. Burrow Global LLC et al.

Appearances:

| Counsel: | Representing: |
|---|---|
| R. Burch | Williams (π) |
| W. Wisdom | Burrow (Δ) |
| J. Clarey | Burrow (Δ) |

Date:   May 3, 2013         Reporter:   C. Barron

                            Law Clerk:  C. Prueter

Time:   ___/___ a.m.
        3:10 / 3:15 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

A docket control order was ENTERED

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge